```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 02582
   LENELL B HUDDLESTON
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-4712


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/14/2007 and was confirmed 05/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   4.00%.

     The case was dismissed after confirmation 01/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
US BANK NATIONAL ASSOCIA  CURRENT MORTG         .00             .00           .00
US BANK NATIONAL ASSOCIA  MORTGAGE ARRE         .00             .00           .00
CITY OF CHICAGO WATER DE  SECURED            337.79             .00        105.00
ESCHOL & ANNA HALL EAH    SECURED           1450.00             .00        176.82
UNION AUTO SALES          SECURED VEHIC     6386.80          244.58       1180.34
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED            .00           .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED            .00           .00
BLUE ISLAND RADIOLOGY     UNSECURED        NOT FILED            .00           .00
CALLIOPE ANDRICACOU MD    UNSECURED        NOT FILED            .00           .00
CITY OF CHICAGO PARKING   UNSECURED          2560.00            .00           .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED            .00           .00
COMMONWEALTH EDISON       NOTICE ONLY      NOT FILED            .00           .00
FISHER & SHAPIRO          NOTICE ONLY      NOT FILED            .00           .00
MIDWEST DIAGNOSTIC PATHO  UNSECURED        NOT FILED            .00           .00
BANK OF AMERICA NA        UNSECURED           669.30            .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED          4087.47            .00           .00
VILLAGE OF OAK LAWN       UNSECURED        NOT FILED            .00           .00
UNION AUTO SALES          UNSECURED        NOT FILED            .00           .00
COOK COUNTY TREASURER     SECURED            882.74             .00        882.74
ROBERT J ADAMS & ASSOC    REIMBURSEMENT       32.33             .00         32.33
COOK COUNTY TREASURER     SECURED NOT I       27.74             .00           .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      3,000.00                        538.91
TOM VAUGHN                TRUSTEE                                          217.76
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                3,378.48

PRIORITY                                      32.33

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02582 LENELL B HUDDLESTON
```

```
SECURED                                                        2,344.90
    INTEREST                                                     244.58
UNSECURED                                                           .00
ADMINISTRATIVE                                                   538.91
TRUSTEE COMPENSATION                                             217.76
DEBTOR REFUND                                                       .00
                                        ---------------   ---------------
TOTALS                                         3,378.48          3,378.48
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 04/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```